# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Juan Luis Astudillo,<br>a.k.a.: Huber Adami Robles,<br>a.k.a.: Hubert Robles Adame,<br>a.k.a.: Alfredo Gomez,<br>(A 097 339 531)<br>*Defendant* | Case No. 16-8468MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 8, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Juan Luis Astudillo, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Laredo, Texas, on May 24, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*
REVIEWED BY: Charles E. Bailey, P.S. for AUSA Brandon Brown

☒ Continued on the attached sheet.

_____
Complainant's signature

Luis E. Teran,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 10, 2016

_____
Judge's signature

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Luis E. Teran, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 8, 2016, Juan Luis Astudillo was booked into the Maricopa County Jail (MCJ) facility by the Phoenix Police Department on local charges. While in custody at the MCJ, Astudillo was encountered by ICE Officer U. Smith who determined him to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On November 9, 2016, Astudillo was released from the MCJ and transported to Phoenix ICE office for further investigation and processing. Astudillo was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Juan Luis Astudillo to be a citizen of Mexico and a previously deported criminal alien. Astudillo was removed from the United States to Mexico through Laredo, Texas, on or about May 24, 2012, pursuant to the

1

reinstatement of an order of removal issued by an immigration official. There is no record of Astudillo in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Astudillo's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Juan Luis Astudillo was convicted of Criminal Trespass, a Domestic Violence Offense, a felony, on February 2, 2006, in the Superior Court of Arizona, Maricopa County. Astudillo was sentenced to one (1) year of incarceration. Astudillo's criminal history was matched to him by electronic fingerprint comparison.

5. On November 9, 2016, Juan Luis Astudillo was advised of his constitutional rights. Astudillo freely and willingly acknowledged his rights and declined to provide a statement under oath.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 8, 2016, Juan Luis Astudillo, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Laredo, Texas, on May 24, 2012, and not having obtained the express consent of the

Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Luis E. Teran,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 10th day of November, 2016.

_____
John Z. Boyle,
United States Magistrate Judge